OCTOBER 12, 2015     77,246-11

FROM:

    DRAKE L. WILLIS # 1575130
    COFFIELD UNIT-TDCJ-CID
    2661 FM 2054
    TENNESSEE COLONY, TEXAS
    ZIP 75884



RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 19 2015
Abel Acosta, Clerk

TO:

    THE JUSTICE OF
    THE COURT OF CRIMINAL APPEALS
    P.O. BOX 12308, CAPITOL STATION
    AUSTIN, TEXAS 78711

    RE: <u>NOTICE</u> IN CONJUNCTION TO WRIT OF MANDAMUS IN
        EXPARTE DRAKE L. WILLIS, WR-77,246-11, TRIAL COURT
        CAUSE NUMBER F08-24020-T(A&B), IN THE DISTRICT
        COURT OF DALLAS COUNTY.

THE HON., LOUISE PEARSON, CLERK:

WOULD YOU PLEASE INFORM THE COURT THAT ON SEPTEMBER

24, 2015, THE HON., CATHERINE CLARE BERNHARD, P.O.

BOX 2817, RED OAK, TEXAS 75154, Ph: 972-617-5548;

FAX: 972-421-1604; Website: cbernhard@sbcglobal.net,

ATTORNEY AT LAW, WAS APPOINTED TO RELATOR IN THE

ABOVE NUMBERED CAUSE OF ACTION BY THE 283rd

JUDICIAL DISTRICT COURT OF DALLAS COUNTY, DALLAS,

TEXAS IN REGARDS TO THE AUGUST 26, 2015, ORDER-

Pg. 1

(cc)

BY THIS COURT. IN THE ABOVE ATTORNEY'S SEPTEMBER 24, 2015, NOTICE LETTER TO RELATOR OF HER REPRESENTATION, SAID ATTORNEY NOTIFIED RELATOR THAT SHE WOULD ASK THE APPOINTING COURT TO BENCH WARRANT RELATOR BACK TO DALLAS COUNTY, TO DISCUSS RELATOR'S CASE, WHICH ATTORNEY NEEDS MORE INFORMATION ABOUT RELATOR'S CASE.

UPON THIS NOTICE, IF THE TRIAL COURT ELECTS NOT TO HONOR THE REQUEST OF BENCH WARRANT BY THE APPOINTED ATTORNEY, RELATOR WILL SOON AFTER FILE A 1983 SUIT IN THIS MATTER. RELATOR HAS BEEN VERY PATIENT TOWARDS THIS COURT TO BRING A REMEDY TO THE MATTER OF RELATOR'S V.A.C.C.P. ART. 11.07, HABEAS CORPUS SUPPLEMENTAL APPLICATION'S. MANY INMATES ARE GOING THROUGH THE SAME IN-CIDENTS WITH THE CLERK OF DALLAS COUNTY AND ARE IN CONJUNCTION OF FILING A 1983 SUIT TOGETHET.

WOULD THIS COURT PLEASE INQUIRE INTO THE MATTER.

SINCERELY

Pg. 2

(CC)